IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02738-CMA-MEH

JACQUELINE MCGOWAN,

    Plaintiff,
v.

ADS ALLIANCE DATA SYSTEMS, INC., d/b/a Alliance Data, a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2009.**

    The Joint Motion to Enter Stipulated Order Protecting Confidential Material as an Order of the Court [filed February 27, 2009; docket #14] is **granted**. The Stipulated Order Protecting Confidential Material is filed contemporaneously with this minute order.